UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **EDWARD ENOCH and MTB&E, LLC,** ) <br> ) <br> Plaintiffs/Counter-Defendants, ) <br> ) <br> v. ) <br> ) <br> **SHIRLEY SUMNER ENOCH, STAMPS** ) <br> **QUARTET, INC., and FRANCES SUMNER** ) <br> **DUNN,** ) <br> ) <br> Defendants/Counter-Plaintiffs. ) | **Case No. 3:04-0920** <br> **Judge Trauger** |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 28 at 1) filed by the defendants is **DENIED**.

It is so ordered.

Enter this 14th day of April 2006.

ALETA A. TRAUGER
United States District Judge